AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Phil Dublin
Dionisia Kaloudis
Estela Diaz

*Counsel for Alclear, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re: : Chapter 11
: 
Verified Identity Pass, Inc. : Case No. 09-17086 (SMB)
: 
Debtor. :
------------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION TO ENTRY OF THE PROPOSED ORDER REGARDING DEBTOR'S MOTION (A) TO AUTHORIZE DEBTOR TO EFFECTUATE ASSET PURCHASE AGREEMENT WITH HENRY, INC.; (B) TO AUTHORIZE SALE OF CERTAIN OF THE DEBTOR'S ASSETS BY PRIVATE SALE FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS; AND (C) FOR RELATED RELIEF

PLEASE TAKE NOTICE that Alclear, LLC, by and through its undersigned counsel, hereby withdraws its Objection to Entry of the Proposed Order Regarding Debtor's Motion (A) to Authorize Debtor to Effectuate Asset Purchase Agreement with Henry, Inc.; (B) to Authorize Sale of Certain of the Debtor's Assets by Private Sale Free and Clear of Liens, Claims and Interests; and (C) For Related Relief (Docket No. 140).

Dated: April 11, 2010 Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Phil Dublin*
Phil Dublin
Dionisia Kaloudis
Estela Diaz

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
pdublin@akingump.com

*Counsel for Alclear, LLC*